UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:17-cr-00079 |
| BERNARDO MATEO-LUCAS, | ) ) ) | CHIEF JUDGE CRENSHAW |
| Defendant. | ) | |

## **ORDER**

Defendant Bernardo Mateo-Lucas' Motion for Status Conference (Doc. No. 127) is granted, and a status conference will be held on **October 19, 2018,** at 9:00 a.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE